UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 05 B 60733
    MARY H CRUME
                                        CHAPTER 13

                                        JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-5875
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 10/15/2005 and was confirmed 01/04/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.00%.

    The case was dismissed after confirmation 08/29/2007.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1815.12 | .00 | 137.39 |
| CREDITORS FINANCIAL GROU | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | 456.25 | .00 | 35.88 |
| APPLE CREDIT BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| BLATT HASENMILLER LIEBST | UNSECURED | NOT FILED | .00 | .00 |
| CAPITOL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| GE CAPITAL | UNSECURED | 7964.00 | .00 | 602.87 |
| MEDICREDIT | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | NOTICE ONLY | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| WORLDZEN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4315.92 | .00 | 326.71 |
| RESURGENCE FINANCIAL LLC | UNSECURED | 6894.13 | .00 | 447.91 |
| CUSTOMIZED AUTO CREDIT S | NOTICE ONLY | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSECURED | 2002.09 | .00 | 151.55 |
| B-LINE LLC | UNSECURED | 11783.41 | .00 | 928.97 |
| SEAWAY FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| VIKING COLLECTION SERVIC | NOTICE ONLY | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 705.20 | | 705.20 |
| TOM VAUGHN | TRUSTEE | | | 184.67 |
| DEBTOR REFUND | REFUND | | | 78.85 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 3,600.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |

                PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 05 B 60733 MARY H CRUME

```
UNSECURED                                        2,631.28
ADMINISTRATIVE                                     705.20
TRUSTEE COMPENSATION                               184.67
DEBTOR REFUND                                       78.85
                        ---------------    ---------------
TOTALS                     3,600.00           3,600.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 12/05/07                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE